# United States Court of Appeals
## For the First Circuit

No. 12-2275

REV. FR. EMMANUEL LEMELSON, f/k/a
Gregory M. Lemelson; ANJEZA LEMELSON,

Plaintiffs, Appellants,

v.

U.S. BANK NATIONAL ASSOCIATION, Trustee,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 1, 2013 is amended as follows:

On page 9, line 15: replace "995 N.E.2d at 887" with "995 N.E.2d at 886"